**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Baltimore Division*

IN RE:                                                             Case No. 11-23875-JFS

Ryan Blaylock aka Ryan William Blaylock
     Debtor                                                        Chapter 13

_____

### NOTICE OF POST PETITION FEES AND COSTS

SunTrust Mortgage, Inc. ("Secured Creditor"), will be charging $150.00 for the following services:

$150.00 Proof of Claim

SunTrust Mortgage, Inc. asserts that these fees and costs are recoverable against the debtor or against the debtor's principal residence.

Respectfully Submitted,

  */s/ Kevin Feig_____*
Kevin Feig, MD Fed. Bar No. 15202
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD  20814
(301) 961-6555
(301) 961-6545 (facsimile)
bankruptcy@bgw-llc.com
*Counsel for Secured Creditor*

BGWW#: 122332

## CERTIFICATE OF SERVICE

I CERTIFY that on August 11, 2011, the following person(s) were served electronically via the CM/ECF system or were mailed a copy of the foregoing Notice of Post Petition Fees and Costs, by first class mail, postage prepaid to:

John Douglas Burns, Esq.
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770


Ellen W. Cosby, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286


Ryan Blaylock aka Ryan William Blaylock
6538 Frietchie Row
Columbia, MD  21045


Megan Blaylock
6538 Frietchie Row
Columbia, MD  21045


*/s/ Kevin Feig*
Kevin Feig


MDNoticePPFees&Costs