**United States Bankruptcy Court**
**District of Maryland**

**IN RE:**                                                          Case No. **11-23875**

**Blaylock, Ryan William**                                         Chapter **13**
                                    Debtor(s)

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **4,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **2,500.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **2,000.00**

2. The source of the compensation paid to me was: ☑Debtor ☐Other (specify):

3. The source of compensation to be paid to me is: ☐Debtor ☑Other (specify): **Trustee**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **Fee Agreement According to Appendix F4B - See Attachment in DOCKET #3**

   **A Filing cost of $274.00 has been received by the firm prior to filing.**

   **An Advance of $449.00 has been received for postage, amendments, copies, PACER services and faxes of an ordinary nature or other actual and allowable expenses per Appendix D. Counsel will update this disclosure at Confirmation or Dismissal, and any surplus is to be refunded to Debtor or reserved for post Confirmation representation and any unpaid balance to be satisfied by Debtor. Actual Costs = $677.17 - SEE ATTACHED INVOICE**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Exclusions Per Appendix F in accordance with subdivision selected - See attachment in DOCKET #3**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  3, 2012**                          **/s/ John D. Burns, Esq.**
                Date                           **John D. Burns, Esq. 22777**
                                               **The Burns LawFirm, LLC**
                                               **6303 Ivy Lane Suite 102**
                                               **Greenbelt, MD  20770**
                                               **(301) 441-8780**
                                               **burnslaw@burnslaw.algxmail.com**

Burns Law Firm LLC
6303 Ivy Lane
Suite 102
Greenbelt, MD 20770

Ryan W. Blaylock                                                         Date:     2/03/2012
6538 Frietchie Road
Columbia, MD  21045

Regarding:
Invoice No:  00124

## *Expenses*

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 5/26/2011 | Fax | 1.00 | $1.25 | $1.25 |
| 5/26/2011 | Case Related Copies | 157.00 | $0.20 | $31.40 |
| 5/27/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 6/10/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 6/13/2011 | Case Related Copies | 181.00 | $0.20 | $36.20 |
| 6/14/2011 | Case Related Copies | 24.00 | $0.20 | $4.80 |
| 6/15/2011 | Case Related Copies | 6.00 | $0.20 | $1.20 |
| 6/23/2011 | Case Related Copies | 32.00 | $0.20 | $6.40 |
| 7/05/2011 | Case Related Copies | 48.00 | $0.20 | $9.60 |
| 7/11/2011 | Case Related Copies | 10.00 | $0.20 | $2.00 |
| 7/14/2011 | Case Related Copies | 4.00 | $0.20 | $0.80 |
| 7/18/2011 | Case Related Copies | 6.00 | $0.20 | $1.20 |
| 7/19/2011 | Case Related Copies | 314.00 | $0.20 | $62.80 |
| 7/19/2011 | Postage | 30.00 | $0.60 | $18.00 |
| 7/19/2011 | PACER | 4.00 | $0.08 | $0.32 |
| 7/20/2011 | Case Related Copies | 33.00 | $0.20 | $6.60 |
| 7/20/2011 | Postage | 1.00 | $1.08 | $1.08 |
| 7/20/2011 | PACER | 11.00 | $0.08 | $0.88 |
| 7/25/2011 | Case Related Copies | 34.00 | $0.20 | $6.80 |
| 7/26/2011 | Fax | 1.00 | $1.25 | $1.25 |
| 7/26/2011 | Case Related Copies | 8.00 | $0.20 | $1.60 |
| 8/01/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 8/02/2011 | Case Related Copies | 353.00 | $0.20 | $70.60 |
| 8/02/2011 | Postage | 29.00 | $0.44 | $12.76 |
| 8/02/2011 | PACER | 2.00 | $0.08 | $0.16 |
| 8/11/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 8/12/2011 | Case Related Copies | 27.00 | $0.20 | $5.40 |
| 8/16/2011 | PACER | 5.00 | $0.08 | $0.40 |

Burns Law Firm LLC
Page No.:    2

| | | | | |
|---|---|---|---|---|
| 8/16/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 8/17/2011 | Postage | 86.00 | $0.44 | $37.84 |
| 8/17/2011 | Case Related Copies | 242.00 | $0.20 | $48.40 |
| 8/26/2011 | Mileage | 20.90 | $0.51 | $10.66 |
| 8/26/2011 | Parking | 1.00 | $3.00 | $3.00 |
| 9/01/2011 | Case Related Copies | 3.00 | $0.20 | $0.60 |
| 9/08/2011 | Postage | 1.00 | $1.68 | $1.68 |
| 9/08/2011 | PACER | 10.00 | $0.08 | $0.80 |
| 9/08/2011 | Case Related Copies | 79.00 | $0.20 | $15.80 |
| 9/12/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 9/13/2011 | Postage | 29.00 | $0.44 | $12.76 |
| 9/13/2011 | Case Related Copies | 66.00 | $0.20 | $13.20 |
| 9/13/2011 | PACER | 3.00 | $0.08 | $0.24 |
| 9/16/2011 | Case Related Copies | 6.00 | $0.20 | $1.20 |
| 10/04/2011 | PACER | 9.00 | $0.08 | $0.72 |
| 10/05/2011 | Case Related Copies | 4.00 | $0.20 | $0.80 |
| 10/07/2011 | PACER | 5.00 | $0.08 | $0.40 |
| 10/10/2011 | Postage | 30.00 | $0.44 | $13.20 |
| 10/10/2011 | Case Related Copies | 194.00 | $0.20 | $38.80 |
| 10/10/2011 | PACER | 4.00 | $0.08 | $0.32 |
| 10/11/2011 | Postage | 28.00 | $0.44 | $12.32 |
| 10/11/2011 | Case Related Copies | 116.00 | $0.20 | $23.20 |
| 11/03/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 11/04/2011 | Case Related Copies | 8.00 | $0.20 | $1.60 |
| 11/04/2011 | PACER | 6.00 | $0.08 | $0.48 |
| 11/08/2011 | Case Related Copies | 8.00 | $0.20 | $1.60 |
| 11/08/2011 | PACER | 14.00 | $0.08 | $1.12 |
| 11/09/2011 | Case Related Copies | 224.00 | $0.20 | $44.80 |
| 11/09/2011 | Mileage | 62.60 | $0.51 | $31.93 |
| 11/09/2011 | PACER | 15.00 | $0.08 | $1.20 |
| 11/09/2011 | Parking | 1.00 | $9.00 | $9.00 |
| 11/10/2011 | PACER | 4.00 | $0.08 | $0.32 |
| 11/11/2011 | Postage | 34.00 | $0.44 | $14.96 |
| 11/11/2011 | Case Related Copies | 136.00 | $0.20 | $27.20 |
| 11/12/2011 | Case Related Copies | 4.00 | $0.20 | $0.80 |
| 11/17/2011 | Case Related Copies | 6.00 | $0.20 | $1.20 |
| 12/02/2011 | Case Related Copies | 52.00 | $0.20 | $10.40 |
| 12/12/2011 | PACER | 4.00 | $0.08 | $0.32 |
| 12/12/2011 | Case Related Copies | 2.00 | $0.20 | $0.40 |
| 12/16/2011 | PACER | 4.00 | $0.08 | $0.32 |
| 12/23/2011 | Case Related Copies | 24.00 | $0.20 | $4.80 |
| 12/26/2011 | PACER | 6.00 | $0.08 | $0.48 |
| 12/26/2011 | Case Related Copies | 4.00 | $0.20 | $0.80 |
| 12/27/2011 | PACER | 15.00 | $0.08 | $1.20 |

Total Expenses          $677.17

Burns Law Firm LLC
Page No.:     3

Total New Charges                                              $677.17

| | |
|---|---|
| Fees and Expenses | $677.17 |
| Total Tax | $0.00 |
| Total Amount Due this Bill | $677.17 |

Costs tracked of postage, amendments, copies, PACER
services and faxes of an ordinary nature or other actual and
allowable expenses per Appendix D.